| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Visual Technology Innovations, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **85-4365793** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business**<br><br>**1105 William Penn Dr.**<br>**Bensalem, PA 19020**<br>Number, Street, City, State & ZIP Code<br><br>**Bucks**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **vti-global.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **Visual Technology Innovations, Inc.**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Visual Technology Innovations, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Visual Technology Innovations, Inc.**     Case number (*if known*)
   Name

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Visual Technology Innovations, Inc.**      Case number (*if known*)
  Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 5, 2025**
              MM / DD / YYYY

X  **/s/ Mathu G. Rajan**                         **Mathu G. Rajan**
   Signature of authorized representative of debtor   Printed name

Title  **President & Chief Executive Officer**

**18. Signature of attorney**

X  **/s/ Matthew C. Zirzow**                      Date  **January 5, 2025**
   Signature of attorney for debtor                     MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **702-382-1170**    Email address  **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Visual Technology Innovations, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 5, 2025          X /s/ Mathu G. Rajan
                                        Signature of individual signing on behalf of debtor

                                        **Mathu G. Rajan**
                                        Printed name

                                        **President & Chief Executive Officer**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Visual Technology Innovations, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Armstrong Teasdale, LLP<br>Attn: Accounting Dep't<br>7700 Forsyth Blvd., # 1800<br>Saint Louis, MO 63105 | accountinginfo@atllp.com<br>(314) 621-5070 | Legal Services | Disputed | | | $1,875,448.61 |
| Mark L. Bunce<br>c/o HomansPeck, LLC<br>Attn: Michael D. Homans, Esq.<br>230 Sugartown Rd., Ste. 218<br>Wayne, PA 19087 | MHoumans@HoumansPeck.com<br>(215) 419-7463 | Pending litigation claim for breach of contract | Contingent Unliquidated Disputed Subject to Setoff | | | $1,050,000.00 |
| TopRock Funding, LLC<br>c/o Austin, LLP<br>Attn: David J. Austin, Esq.<br>43 W 43rd St., Suite 288<br>New York, NY 10036 | david.austin@austinllp.com<br>(917) 515-5685 | Judgment - Kings County, NY | Disputed | | | $29,589.00 |
| Timothy McCarthy<br>Old St. James Vicarage<br>Maxwell Road<br>London, UNITED KINGDOM<br>SW6 2HR | | Monies loaned | Disputed Subject to Setoff | | | $27,416.00 |
| Gainey McKenna & Egleston<br>Attn: Barry J. Gainey, Esq.<br>375 Abbott Rd.<br>Paramus, NJ 07652 | bgainey@gme-law.com<br>(201) 225-9001 | Services | | | | $5,015.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

## United States Bankruptcy Court
### District of Nevada

In re: **Visual Technology Innovations, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 5, 2025**

/s/ Mathu G. Rajan
**Mathu G. Rajan/President & Chief Executive Officer**
Signer/Title

Visual Technology Innovations, Inc.
1105 William Penn Dr.
Bensalem, PA 19020

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Armstrong Teasdale, LLP
Attn: Accounting Dep't
7700 Forsyth Blvd., # 1800
Saint Louis, MO 63105

Gainey McKenna & Egleston
Attn: Barry J. Gainey, Esq.
375 Abbott Rd.
Paramus, NJ 07652

Mark L. Bunce
c/o HomansPeck, LLC
Attn: Michael D. Homans, Esq.
230 Sugartown Rd., Ste. 218
Wayne, PA 19087

Timothy McCarthy
Old St. James Vicarage
Maxwell Road
London, UNITED KINGDOM
SW6 2HR

TopRock Funding, LLC
c/o Austin, LLP
Attn: David J. Austin, Esq.
43 W 43rd St., Suite 288
New York, NY 10036

A.C.L.M. Luijks
Vinkenkade 41 R 3
3645 AP
Vinkeveen
NETHERLANDS

AJ Yeh
4F No., Ln. 232 Zhixiang 1st St, Zh
Yaoyan City 320, 3645 AP
TAIWAN

Amanda Gonzalez
105 Edward's Run Rd.
Mount Royal, NJ 08061

Charles M. Robertrson
10 Via Visione, Unit 201
Henderson, NV 89011

Dan Rink
1017 E. 28th Street
Houston, TX 77009

Grazina Seskeviciute
Marijos Horodniciences 12
Vilnius 08412
LITHUANIA

Jack Wu
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Jason Xu
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Jeeva Rajan
1105 William Penn Dr.
Bensalem, PA 19020

Lily Wang
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Liu Hua
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Liu Zhen
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Lixin Wang
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Lizzy Zhou
Room 407, Building No. 14
An Hui Li 2 D
Chaoyang District, Beijing
CHINA

Mark Hsu
101 Blaisdell Way
Fremont, CA 94536

Mark L. Bunce
Les Preaux, La Route de Sausmarez
St. Martin GY4 6SF
GUERNSEY

Mathu G. Rajan
1105 William Penn Dr.
Bensalem, PA 19020

| | | |
|---|---|---|
| Matt JJ Lo<br>7322 Carter Ave.<br>Newark, CA 94560 | Misa Itaya<br>No. 33-9, Ln. 75, Zhuangjing Rd.<br>Banqiao Dist., New Taipei City<br>Taipei<br>TAIWAN | Nicole Maneen<br>2394 Barberee Dr.<br>Crestview, FL 32536 |
| Raja Rajan<br>5215 Bishop View Circle<br>Cherry Hill, NJ 08002 | Rajan Rajan<br>1105 William Penn Dr<br>Bensalem, PA 19020 | Sara Brewer<br>1900 Tomahawk Dr.<br>Henderson, NV 89074 |
| Suby Joseph<br>48 Colleen Circle<br>Downingtown, PA 19335 | Wang Ling<br>Room 407, Building No. 14<br>An Hui Li 2 D<br>Chaoyang District, Beijing<br>CHINA | Zhu Lin<br>Room 407, Building No. 14<br>An Hui Li 2 D<br>Chaoyang District, Beijing<br>CHINA |
| Zygintas Papartis<br>Sarmos g. 7-2<br>Vilnius 04126<br>LITHUANIA | Burlington Resources Asia Ltd.<br>Attn: Managing Agent/Legal Dep't<br>88 Gloucester Rd., 20th Floor<br>Wanchai, HONG KONG | Corporation Service Co.<br>P.O. Box 2576<br>Re: Visual Tech. Innovations, Inc.<br>Springfield, IL 62708 |
| Dept. of Employment, Training, et al.<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Hawk Investment Holdings, Ltd.<br>c/o K&L Gates, LLP<br>Attn: Steven L. Caponi, Esq.<br>600 King St., Suite 901<br>Wilmington, DE 19801 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 |
| Leah Martin Law<br>Attn: Leah A. Martin, Esq.<br>601 S. Rancho Dr., # C-26<br>Las Vegas, NV 89106 | Mark L. Bunce<br>c/o Miller & Martin, PLLC<br>Regions Plaza, Ste. 2100<br>1180 West Peachtree St., NW<br>Atlanta, GA 30309-3407 | Mark L. Bunce<br>Les Preaux, La Route de Sausmare<br>St. Martin GY4 6SF<br>GUERNSEY |
| Nevada Dep't of Taxation<br>Attn: Bankruptcy Section<br>700 E. Warm Springs Rd., Ste. 200<br>Las Vegas, NV 89119 | Pennsylvania Dep't of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Proventure Capital Funding LLC<br>Attn: Managing Agent/Legal Dep't<br>99 Wall St., Ste 576<br>New York, NY 10005 |
| Proventure Capital Funding LLC<br>c/o New York Dep't of State<br>One Commerce Plaza<br>99 Washington Ave.<br>Albany, NY 12231 | Rajan Law Group<br>Attn: Raja G. Rajan, Esq.<br>P.O. Box 3753<br>Cherry Hill, NJ 08034 | Romeo Golf Investments Ltd.<br>20-22 Wenlock Road<br>London N1 7GU<br>UNITED KINGDOM |
| Secretary of the Treasury<br>1500 Pennsylvania Ave. NW<br>Washington, DC 20220 | Securities & Exchange Comm'n<br>Los Angeles Regional Office<br>444 S. Flower St., Ste. 900<br>Los Angeles, CA 90071 | SeeCubic, Inc.<br>Attn: Shad L. Stastney<br>1732A Marsh Rd., Ste. 124<br>Wilmington, DE 19810 |
| Stream TV Networks, Inc.<br>c/o U.S. Corporation Agents, Inc.,<br>as Registered Agent<br>131 Continental Dr., Suite 305<br>Newark, DE 19713 | Stream TV Networks, Inc.<br>Attn: Managing Agent/Legal Dep't<br>209 Chestnut St., 3rd Fl.<br>Philadelphia, PA 19103 | Timothy McCarthy<br>20-22 Wenlock Road<br>London N1 7GU<br>UNITED KINGDOM |

TopRock Funding, LLC
c/o The LLC, as Registered Agent
5314 16th Ave., Suite 54
Brooklyn, NY 11204

TopRock Funding, LLC
Attn: Manager/Legal Dep't
4424 18th Ave.
Brooklyn, NY 11204

TopRock Funding, LLC
Attn: Manager/Legal Dep't
25 Broadway
New York, NY 10006

TopRock Funding, LLC
c/o New York Dep't of State
One Commerce Plaza, 6th Fl.
99 Washington Ave.
Albany, NY 12231

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Visual Semiconductor, Inc.
c/o Akerman LLP
Attn: R. Adam Swick, Esq.
500 W. 5th Street, Ste. 1210
Austin, TX 78701

William A. Homony, Ch. 11 Trustee
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

William A. Homony, Ch. 11 Trustee
c/o Obermayer Rebmann, et al.
Attn: Michael D. Vagnoni, Esq.
1500 Market Street, Ste. 3400
Philadelphia, PA 19102

Case 25-10024-abl    Doc 1    Entered 01/06/25 10:27:46    Page 11 of 14

**UNANIMOUS WRITTEN CONSENT OF THE SOLE OFFICER AND DIRECTOR OF VISUAL TECHNOLOGY INNOVATIONS, INC., a Nevada corporation**

The undersigned, being the sole Officer and Director of VISUAL TECHNOLOGY INNOVATIONS, INC., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of January 2, 2025:

RESOLVED that in the judgment of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11, subchapter V of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that MATHU RAJAN (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

VISUAL TECHNOLOGY INNOVATIONS, INC.,
a Nevada corporation,

By: ___/s/ Mathu Rajan___
    MATHU G. RAJAN,
    its sole officer and director

1  LARSON & ZIRZOW, LLC
   ZACHARIAH LARSON, ESQ., NBN 7787
2  E-mail: zlarson@lzlawnv.com
   MATTHEW C. ZIRZOW, ESQ., NBN 7222
3  E-mail: mzirzow@lzlawnv.com
4  850 E. Bonneville Ave.
   Las Vegas, Nevada 89101
5  Tel: (702) 382-1170
   Fax: (702) 382-1169
6

7  Proposed Attorneys for Debtor

8
                    **UNITED STATES BANKRUPTCY COURT**
9                        **DISTRICT OF NEVADA**

10  In re:

11  VISUAL TECHNOLOGY
12  INNOVATIONS, INC.,

13                    Debtor.

14

15        **VERIFIED STATEMENT OF MATHU G. RAJAN IN SUPPORT**
          **OF VOLUNTARY PETITION RE: DOCUMENTS REQUIRED**
16        **PURSUANT TO 11 U.S.C. §§ 1187(a), 1116(1)(A), AND 1116(1)(B)**

17        I, Mathu Rajan, hereby declare as follows:

18        1.      I am over the age of eighteen and mentally competent. I am the sole officer and

19  director of Visual Technology Innovations, Inc., a Nevada corporation (the "Company"), and also

20  35.5% shareholder therein on a fully-diluted basis, and oversee on a daily basis the Company's

21  operations and finances. I have personal knowledge of the facts set forth herein, and if called to

22  testify, would do so consistently with as set forth herein.

23        2.      I submit this verification pursuant to 11 U.S.C. §§ 1187(a), 1116(1)(A), and

24  1116(1)(B), in support of the Company's voluntary petition for bankruptcy. Prior to its bankruptcy

25  filing, the Company did not maintain a balance sheet, statement of operations, or cash flow statement

26  on a regular basis, and it has not filed any federal income tax returns since its original incorporation

27  on January 6, 2021.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 5, 2025.
Bucks County, Pennsylvania

/s/ Mathu Rajan
MATHU G. RAJAN