LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-10024-abl |
| | Chapter 11 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., | |
| Debtor. | Date: March 26, 2025 |
| | Time: 1:30 p.m. |

**NOTICE OF REMOTE HEARING RE: DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING CONTINUED USE OF EXISTING PRE-PETITION BANK ACCOUNT, CONVERTING EXISTING BANK ACCOUNT INTO A DEBTOR IN POSSESSION ACCOUNT, AND HONORING OF CERTAIN PREPETITION OBLIGATIONS RELATED THERETO**

NOTICE IS GIVEN that Visual Technology Innovations, Inc., a Nevada corporation, as debtor in possession (the "Debtor") filed a *Motion for Entry of An Order Authorizing Continued Use of Existing Pre-petition Bank Account, Converting Existing Bank Account into a Debtor in Possession Account, and Honoring of Certain Prepetition Obligations Related Thereto* (the "Motion"). The Motion seeks the entry of an order authorizing the Debtor to continue utilizing its existing pre-petition bank account as a debtor in possession account post-petition, provided that it be redesignated as such. Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you

must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtor's counsel.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent  you this notice, then:
>
> ● The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> ●The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on **March 26, 2025 at 1:30 p.m.**  Parties are permitted to appear telephonically by dialing *(833) 435-1820, Meeting ID: 161 110 6049, and entering Passcode: 154251#.*

Dated:  February 19, 2025.

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
MATTHEW C. ZIRZOW, ESQ., NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Proposed Attorneys for Debtor