LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

VISUAL TECHNOLOGY INNOVATIONS, INC.,

Debtor.

Case No. 25-10024-abl
Chapter 11

Date: March 26, 2025
Time: 1:30 p.m.

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING CONTINUED USE OF EXISTING PRE-PETITION BANK ACCOUNT, CONVERTING EXISTING BANK ACCOUNT INTO A DEBTOR IN POSSESSION ACCOUNT, AND HONORING OF CERTAIN PREPETITION OBLIGATIONS RELATED THERETO**

NOTICE IS HEREBY GIVEN that Visual Technology Innovations, Inc., a Nevada corporation, as debtor and debtor in possession (the "Debtor"), hereby withdraws its *Motion for Entry of an Order Authorizing Continued Use of Existing Pre-Petition Bank Account, Converting Existing Bank Account into a Debtor in Possession Account, and Honoring of Certain Prepetition Obligations Related Thereto* (the "Motion") [ECF No. 22] filed on February 19, 2025. The Debtor intended to convert its Bank of America, N.A. ("BofA") account no. *3386 (the "Bank Account") into a debtor in possession account, however, BofA has advised that it was closing this account. The Debtor has not received any oppositions to its Motion, although it has consulted with the Office of the U.S. Trustee about the matter.

Dated: March 17, 2025.

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
MATTHEW C. ZIRZOW, ESQ., NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

2