1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com

*Nevada Counsel for Movant, Mark L. Bunce*

**MILLER & MARTIN PLLC**
PAUL ALEXANDER, ESQ.
*(Pro Hac Pending Submission)*
MICHAEL KOHLER, ESQ.
*(Pro Hac Pending Submission)*
1180 W Peachtree Street, NW, Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Email:  paul.alexander@millermartin.com
michael.kohler@millermartin.com

*Lead Counsel for Movant, Mark L. Bunce*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>Debtor. | Case No.: 25-10024-abl<br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO TRANSFER VENUE; OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>Hearing Date: May 21, 2025<br>Hearing Time: 1:30 P.M. |

**TO:    ALL PARTIES IN INTEREST**

40078970v1

1    **NOTICE IS HEREBY GIVEN** that on April 3, 2025, Mark L. Bunce ("<u>Movant</u>") filed his

2    Motion to Transfer Venue; or, in the Alternative, to Dismiss  (the "<u>Motion</u>").   A copy of the Motion

3    may be obtained from Movants' counsel at the contact information appearing on the top left-hand

4    corner of this page or may be viewed at the office of the bankruptcy clerk, 300 Las Vegas Blvd., 4th

5    Floor, Las Vegas, NV 89101.

6    The hearing on the Motion will be held on the **21st day of May 2025, at 1:30 p.m.** before a

7    United States Bankruptcy Judge.  The hearing may be held telephonically or via videoconferencing.

8    Details of the dial in number or videoconference information will be posted on the Bankruptcy

9    Court's website under Court Calendars for Judge Landis.

10   See  https://www.nvb.uscourts.gov/calendars/court-calendars/.

11   **PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion and the relief

12   requested therein, must be filed and served no later than 14 days prior to the hearing pursuant to Local

13   Rule 9014(d)(1) which provides:

---

14   If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
     with the court.  You *must* also serve your written response on the person who sent you this
15   notice.

16   If you do not file a written response with the court, or if you do not serve your written
17   response on the person who sent you this notice, then:

18   • The court may *refuse to allow you to speak* at the scheduled hearing; and
19   • The court may *rule against you* without formally calling the matter at the hearing.

20

---

21   **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued

22   from time to time without further notice except for the announcement of any adjourned dates and

23   times at the above-noticed hearing or any adjournment thereof, and the court may approve

24   modifications at the hearing or any continued hearing.

25

26

27

28

40078970v1

Respectfully submitted, this 3rd day of April, 2025.

**MILLER & MARTIN PLLC**

*/s/ Paul M. Alexander*
Paul M. Alexander, Esq.  (*Admitted pro hac vice*)
Georgia Bar No. 009003
Michael P. Kohler, Esq. (*Admitted pro hac vice*)
Georgia Bar No. 427727
Regions Plaza, Suite 2100
1180 West Peachtree Street N.W.
Atlanta, Georgia 30309-3407
(404) 962-6100
Email:  Paul.Alexander@millermartin.com
Michael.Kohler@millermartin.com

*Lead Counsel for Movant, Mark L. Bunce*

AND

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CIA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com

*Nevada Counsel for Movant, Mark L. Bunc*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

40078970v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I am an employee of Carlyon Cica Chtd. and that, on the 3rd day of April 2025, I caused to be served a true and correct copy of **MOTION TO TRANSFER VENUE; OR, IN THE ALTERNATIVE, TO DISMISS** in the following manner.

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ *Cristina Robertson*
An employee of Carlyon Cica Chtd.

40078970v1