LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VISUAL TECHNOLOGY INNOVATIONS, INC.,

Debtor.

Case No. 25-10024-abl
Chapter 11

Date: June 25, 2025
Time: 1:30 p.m.

**NOTICE OF REMOTE HEARING RE: MOTION FOR ORDER: (I) APPROVING ADEQUACY OF DEBTOR'S PROPOSED DISCLOSURE STATEMENT TO ACCOMPANY CHAPTER 11 PLAN OF REORGANIZATION; (II) SETTING DEADLINES FOR BALLOTING AND OPPOSING CONFIRMATION OF THE PLAN; (III) APPROVING FORM OF BALLOTS; (IV) SETTING A RECORD DATE FOR VOTING PURPOSES; AND (V) SETTING THE CONFIRMATION HEARING**

NOTICE IS HEREBY GIVEN that a *Motion for Order: (I) Approving Adequacy of Disclosures in Debtor's Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Reorganization; (II) Setting Deadlines for Balloting and Opposing Confirmation of Debtor's Plan; (III) Approving Form of Ballots; (IV) Setting a Record Date for Voting Purposes; and (V) Setting the Confirmation Hearing on the Plan* (the "Motion") was filed by Visual Technology Innovations, Inc., a Nevada corporation, as debtor in possession (the "Debtor"). The Motion requests entry of an order approving the Debtor's [Proposed] *Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Reorganization* (the "Disclosure Statement") pursuant to 11 U.S.C. § 1125 as containing adequate information, and to set procedures for noticing, setting deadlines for balloting, and setting a date for the confirmation of its [Proposed] *Chapter 11 Plan of Reorganization*. **Any opposition to approval of the Motion must be filed pursuant to LR 9014(d)(1).**

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Application, unless an exception applies

(see LR 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Disclosure Statement is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtor's counsel.

> **If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**
>
> ● **The court may refuse to allow you to speak at the scheduled hearing; and**
>
> ● **The court may rule against you without formally calling the matter at the hearing.**

NOTICE IS FURTHER GIVEN that all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held on **June 25, 2025 at 1:30 p.m.** Parties are permitted to appear telephonically by dialing *(833) 435-1820, Meeting ID: 161 110 6049, and entering Passcode: 154251#.*

Dated: May 9, 2025.

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
MATTHEW C. ZIRZOW, ESQ., NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor