LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NVB 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>Debtor. | Case No. 25-10024-abl<br>Chapter 11<br><br><br>Date: June 17, 2025<br>Time: 1:30 p.m. |

**NOTICE OF REMOTE HEARING RE: FIRST INTERIM FEE APPLICATION OF LARSON & ZIRZOW, LLC AS THE DEBTOR'S BANKRUPTCY COUNSEL FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

**PLEASE TAKE NOTICE** that Visual Technology Innovations, Inc., a Nevada corporation, as debtor and debtor in possession ("Debtor"), filed its first interim fee application of Larson & Zirzow, LLC ("L&Z") as its bankruptcy counsel (the "Application") [ECF No. 90], which seeks the allowance in favor of L&Z of total professional compensation of $40,230.50 in fees for services rendered, and reimbursement of expenses incurred of $1,060.24, for a total allowed amount of $41,290.74. The Application also seeks the authority for L&Z to draw on its existing retainer on hand in partial payment of the sums allowed. *Any oppositions to the Application must be filed pursuant to Local Rule 9014(d)(1).*

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition with the Court, and serve a copy on the person making the

Application *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada; via the Bankruptcy Court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtor's counsel.

> **If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.**
>
> **If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**
>
> **● The court may *refuse* to allow you to *speak* at the scheduled hearing; and**
>
> **● The court may *rule against you* without formally calling the matter at the hearing.**

NOTICE IS FURTHER GIVEN that all hearings are currently being held telephonically absent further order of the Court. The hearing on the Application will be held on **June 17, 2025 at 1:30 p.m**. Parties are permitted to appear telephonically by dialing *(833) 435-1820; meeting ID 161 110 6049; and entering passcode 154251#.*

Dated: May 15, 2025.

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor