**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com

*Nevada Counsel for Movant, Mark L. Bunce*

**MILLER & MARTIN PLLC**
PAUL ALEXANDER, ESQ.
(*Pro Hac vice admitted*)
MICHAEL KOHLER, ESQ.
(*Pro Hac vice admitted*)
1180 W Peachtree Street, NW, Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Email: paul.alexander@millermartin.com
michael.kohler@millermartin.com

*Lead Counsel for Movant, Mark L. Bunce*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>Debtor. | Case No.: 25-10024-abl<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION REGARDING RESERVATION OF OBJECTION WITH REGARD TO FIRST INTERIM FEE APPLICATION**<br><br>Hearing Date: June 17, 2025<br>Hearing Time: 1:30 p.m. |
|---|---|

      PLEASE TAKE NOTICE that on June 4, 2025, the United States Bankruptcy Court, District of Nevada entered an *Order Approving Stipulation Regarding Reservation of Objection with Regard to First Interim Fee Application* [ECF No. 98] (the "Order").

1  A true and correct copy of the order is attached hereto as **Exhibit 1**.

2  Respectfully submitted this 4th day of June 2025

**CARLYON CICA CHTD.**

By: /s/ *Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☒ UNITED STATES MAIL and ELECTRONIC MAIL By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, and email to the addresses listed below:

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                      */s Cristina Robertson*
                                      An employee of Carlyon Cica Chtd.

# EXHIBIT "1"

# EXHIBIT "1"

———————————————————
Honorable August B. Landis
United States Bankruptcy Judge

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com

*Nevada Counsel for Movant, Mark L. Bunce*

**MILLER & MARTIN PLLC**
PAUL ALEXANDER, ESQ.
(*Pro Hac vice admitted*)
MICHAEL KOHLER, ESQ.
(*Pro Hac vice admitted*)
1180 W Peachtree Street, NW, Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Email:  paul.alexander@millermartin.com
michael.kohler@millermartin.com

*Lead Counsel for Movant, Mark L. Bunce*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: 25-10024-abl |
|---|---|
| VISUAL TECHNOLOGY INNOVATIONS, INC., | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING RESERVATION OF OBJECTION** |

40148108v1

|   |   |
|---|---|
|   | **WITH REGARD TO FIRST INTERIM FEE APPLICATION**<br><br>Hearing Date: June 17, 2025<br>Hearing Time: 1:30 p.m. |

The Court, having reviewed and considered the Stipulation Regarding Reservation of Objection with Regard to Fee Application entered into by Mark L. Bunce, a/k/a Mark Leonard Bunce ("Creditor"), a creditor in the above-captioned bankruptcy case, by and through his counsel, the law firm of Carlyon Cica, Chtd., and Visual Technology Innovations, Inc. (the "Debtor" and together with Mark L. Bunce, the "Parties") and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation attached as Exhibit 1 is **APPROVED** in its entirety.

**IT IS HEREBY FURTHER ORDERED** that any objection by Mark L. Bunce to any filed interim fee application are deferred until the hearings on the final fee application.

Respectfully submitted, this 2nd day of June, 2025.

| | |
|---|---|
| **MILLER & MARTIN PLLC** | **LARSON & ZIRZOW, LLC** |
| Paul M. Alexander, Esq.<br>(*Admitted pro hac vice*)<br>Georgia Bar No. 009003<br>Michael P. Kohler, Esq.<br>(*Admitted pro hac vice*)<br>Georgia Bar No. 427727 | By: /s/ __Matthew Zirzow__<br>ZACHARIAH LARSON, ESQ., NBN 7787<br>MATTHEW C. ZIRZOW, ESQ., NBN 7222<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101 |
| *Lead Counsel for Movant, Mark L. Bunce* | *Attorneys for Debtor* |
| AND<br>**CARLYON CICA CHTD.**<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CIA, ESQ.<br>Nevada Bar No. 4565<br><br>*Nevada Counsel for Movant, Mark L. Bunce*<br><br>/s/ Candace Carlyon | |

Page **2** of **2**

40148108v1

# EXHIBIT "1"

# EXHIBIT "1"

| | |
|---|---|
| 1 | **CARLYON CICA CHTD.** |
| | CANDACE C. CARLYON, ESQ. |
| 2 | Nevada Bar No. 2666 |
| | DAWN M. CICA, ESQ. |
| 3 | Nevada Bar No. 4565 |
| | TALI J. FREY, ESQ. |
| 4 | Nevada Bar No. 16537 |
| | 265 E. Warm Springs Road, Suite 107 |
| 5 | Las Vegas, NV 89119 |
| 6 | Phone: (702) 685-4444 |
| | Email: ccarlyon@carlyoncica.com |
| 7 | dcica@carlyoncica.com |
| | tfrey@carlyoncica.com |
| 8 | |
| 9 | *Nevada Counsel for Movant, Mark L. Bunce* |
| 10 | **MILLER & MARTIN PLLC** |
| | PAUL ALEXANDER, ESQ. |
| 11 | (*Pro Hac vice admitted*) |
| | MICHAEL KOHLER, ESQ. |
| 12 | (*Pro Hac vice admitted*) |
| 13 | 1180 W Peachtree Street, NW, Suite 2100 |
| | Atlanta, GA 30309 |
| 14 | Phone: (404) 962-6100 |
| | Email: paul.alexander@millermartin.com |
| 15 | michael.kohler@millermartin.com |
| 16 | |
| | *Lead Counsel for Movant, Mark L. Bunce* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | | Case No.: 25-10024-abl |
| | | Chapter 11 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., | | |
| | | **STIPULATION REGARDING** |
| | Debtor. | **RESERVATION OF OBJECTION** |
| | | **WITH REGARD TO FIRST** |
| | | **INTERIM FEE APPLICATION** |
| | | |
| | | Hearing Date: June 17, 2025 |
| | | Hearing Time: 1:30 p.m. |

40148108v1

1      Mark L. Bunce, a/k/a Mark Leonard Bunce ("Creditor"), a creditor in the above-captioned bankruptcy case, by and through his counsel, the law firm of Carlyon Cica, Chtd., and Visual Technology Innovations, Inc. (the "Debtor" and together with Mark L. Bunce, the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

     WHEREAS, on May 15, 2025, Visual Technology Innovations, Inc filed the First Interim Fee Application Of Larson & Zirzow, LLC as Counsel to the Debtor for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred [ECF No. 90] (the "LZ Interim Fee Application");

     WHEREAS, the deadline to file any objection to the LZ Interim Fee Application, (collectively the "LZ Interim Fee Application") is June 3, 2025.

     WHEREAS, the Parties wish to avoid unnecessary expense:

     NOW, THEREFORE,

     **IT IS HEREBY STIPULATED** that Mark L. Bunce may reserve any objections to any Interim Fee Application to be heard in connection with the final fee applications.

     Respectfully submitted, this 30th day of April, 2025.

| | |
|---|---|
| **MILLER & MARTIN PLLC** | **LARSON & ZIRZOW, LLC** |
| Paul M. Alexander, Esq.<br>(*Admitted pro hac vice*)<br>Georgia Bar No. 009003<br>Michael P. Kohler, Esq.<br>(*Admitted pro hac vice*)<br>Georgia Bar No. 427727<br>*Lead Counsel for Movant, Mark L. Bunce* | By: /s/ *Matthew Zirzow*<br>ZACHARIAH LARSON, ESQ., NBN 7787<br>MATTHEW C. ZIRZOW, ESQ., NBN 7222<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br><br>Attorneys for Debtor |
| AND | |
| **CARLYON CICA CHTD.**<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CIA, ESQ.<br>Nevada Bar No. 4565<br>*Nevada Counsel for Movant, Mark L. Bunce*<br><br>*/s/Candace Carlyon* | |

40148108v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Carlyon Cica Chtd. and that, on the 30th day of April 2025, I caused to be served a true and correct copy of **STIPULATION REGARDING RESERVATION OF OBJECTION WITH REGARD TO FIRST INTERIM FEE APPLICATION** in the following manner.

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ *Cristina Robertson*
An employee of Carlyon Cica Chtd.

40148108v1