_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 11, 2025

_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 25-10024-abl |
|---|---|
| VISUAL TECHNOLOGY INNOVATIONS, INC., | Chapter 11 |
| Debtor. | Date: June 09, 2025<br>Time: 3:00 p.m. |

**ORDER GRANTING DEBTOR'S MOTION TO: (I) REVOKE ELECTION TO PROCEED UNDER SUBCHAPTER V AND INSTEAD PROCEED UNDER STANDARD CHAPTER 11; (II) AMEND VOLUNTARY PETITION TO REMOVE SUBCHAPTER V ELECTION AND INSTEAD PROCEED UNDER STANDARD CHAPTER 11; AND/OR (III) CONVERT SUBCHAPTER V CASE TO STANDARD CHAPTER 11 CASE**

Visual Technology Innovations, Inc., a Nevada corporation, as debtor and debtor in possession (the "Debtor"), having filed its *Motion To: (I) Revoke Election To Proceed Under Subchapter V And Instead Proceed Under Standard Chapter 11; (II) Amend Voluntary Petition To Remove Subchapter V Election And Instead Proceed Under Standard Chapter 11; and/or (III) Convert Subchapter V Case to Standard Chapter 11 Case* (the "Motion") [ECF No. 53]; the

1  Court having reviewed and considered all pleadings filed in opposition and reply thereof; the
2  Court having held a hearing on the Motion on May 14, 2025 at 1:30 p.m., and having heard and
3  considered the arguments of counsel, whereafter he Court took the matter under advisement; the
4  Court having held a further hearing on June 9, 2025 at 3:00 p.m. where it placed its findings of
5  fact and conclusions of law regarding the Motion on the record at the hearing, which are
6  incorporated herein by reference pursuant to Fed. R. Civ. P. 52, made applicable pursuant to Fed.
7  R. Bankr. P. 7052 and 9014, and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is GRANTED.

2. The Debtor's request to revoke its election to proceed under Subchapter V of Chapter 11, and instead proceed under standard chapter 11, is GRANTED.

3. The Debtor's request to amend its Voluntary Petition to remove its election to proceed under Subchapter V, and instead proceed under standard chapter 11, is GRANTED.

4. The Debtor's Motion is granted without any condition to reserve payment of the Subchapter V Trustee's potential fees and costs in the Debtor's counsel's attorney trust account; *provided*, *however*, that this is without prejudice to the Subchapter V Trustee's ability to file a fee application in the ordinary course seeking the allowance and payment of any fees and costs he has incurred while the case was under Subchapter V.

**IT IS SO ORDERED.**

Prepared and Submitted:

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

2

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Jared Day (Office of the United State Trustee): | WAIVED |
| Brian D. Shapiro (Subchapter V Trustee): | WAIVED |
| Paul Alexander/Dawn Cica (Counsel to Mark Bunce): | WAIVED |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3